NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM BROOKS, DOC #R51617,       )
                                   )
            Appellant,             )
                                   )
v.                                 )       Case No. 2D18-2432
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____  )

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

William Brooks, pro se.


PER CURIAM.

            Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.